UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOORE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-00324-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS FOLLOWING SCREENING<br><br>(Doc. 11) |

　　　Plaintiff Saahdi Abdul Coleman is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On December 11, 2024, the assigned magistrate judge issued findings and recommendations to dismiss certain claims and defendants after having screened plaintiff's complaint. (Doc. 11.) Specifically, the magistrate judge recommended this action proceed only on plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against defendants Bean, Crawford, Doe 1, Doe 2, McDaniel, Moore, Russell, and Vasquez; that defendants Dunn, Johnson, Perez, and Sanchez be dismissed; and that any remaining claims be dismissed. (*Id*. at 2-3.) Objections were to be filed within 14 days. (*Id*. at 3.) To date, no objections to the December 11, 2024 findings and recommendations have been filed and the time

1  to do so has now passed.[1]

2  Pursuant to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on December 11, 2024 (Doc. 11) are adopted in full;
2. This action proceeds only as to plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against defendants Bean, Crawford, Doe 1, Doe 2, McDaniel, Moore, Russell, and Vasquez;
3. Defendants Dunn, Johnson, Perez, and Sanchez are dismissed;
4. Any remaining claims are dismissed; and
5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   May 14, 2025

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed objections to previous findings and recommendations issued on December 4, 2024. (Doc. 12.) Those objections, dated December 10, 2024, are moot because the December 4, 2024 findings and recommendations to dismiss this action were vacated on December 11, 2024. (Doc. 11.) In any event, the objections reaffirm plaintiff's earlier request to proceed on the claims found cognizable in the magistrate judge's screening order, as originally set forth in plaintiff's notice to proceed on cognizable claims filed on December 9, 2024. (Docs. 10, 12.)