UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>MOORE, et al.,<br><br>            Defendants. | Case No.: 1:23-cv-00324-KES-CDB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DEADLINE FOR FILING A RESPONSIVE PLEADING**<br><br>(Doc. 19) |

Plaintiff Saahdi Abdul Coleman is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.      INTRODUCTION**

On May 15, 2025, the Court issued its Order Finding Service Appropriate, directing e-service for Defendants Bean, Crawford, McDaniel, Moore, Russell, and Vasquez. (Doc. 15.)

On June 25, 2025, the California Department of Corrections and Rehabilitation (CDCR) filed its notice of intent to waive service for M. Bean, E. Crawford, E. McDaniel, M. Russell, and L. Vasquez. (Doc. 17.) Waivers of service for these defendants were filed on July 24, 2025. (Doc. 18.)

On August 18, 2025, Defendants filed a motion for administrative relief, seeking additional time within which to file a responsive pleading. (Doc. 19.)

## II. DISCUSSION

The current deadline for filing a responsive pleading by Defendants Bean, Crawford, McDaniel, Russell, and Vasquez, is August 25, 2025; Defendants request a 30-day extension of time of that deadline. (Doc. 19.) Defense counsel attests to having been assigned to the case on July 8, 2025, and has reviewed the docket and filings, including Plaintiff's claims and allegations, and has communicated with Defendants. (*Id*. at 3, ¶ 3.) Counsel is preparing a motion to dismiss Defendant Moore for a lack of personal jurisdiction "because Defendant Moore is not the male, respiratory-therapist defendant identified in Coleman's complaint" and is gathering evidence to establish that "Defendant Moore is a female, former licensed vocation nurse." (*Id*.) Additionally, counsel is preparing a motion to dismiss several other defendants for a failure to state a claim "on the grounds that Coleman failed to allege personal involvement in the supposed constitutional violation." (*Id*.) Counsel declares granting the requested extension of time is in the interests of judicial economy for it would avoid burdening several defendants in litigating an action in the absence of subject matter jurisdiction and insufficient factual allegations. (*Id*. at 3, ¶ 4.) Next, counsel details several other assignments have required counsel's prompt attention and prohibited completion of the motion to dismiss in this action. (*Id*. at 3-4, ¶ 5.)

## III. CONCLUSION AND ORDER

Accordingly, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendants' request for a 30-day extension of time within which to file a responsive pleading (Doc. 19) is **GRANTED**; and

2. Defendants **SHALL** file a responsive pleading **no later than September 24, 2025**.

IT IS SO ORDERED.

Dated:   **August 19, 2025**

_____
UNITED STATES MAGISTRATE JUDGE