UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOORE, et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-00324-KES-CDB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME**<br><br>(Doc. 25) |

Plaintiff Saahdi Abdul Coleman, a state prisoner, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Bean, Crawford, Doe 1, Doe 2, McDaniel, Moore, Russell, and Vasquez. (*See* Docs. 7 & 13.)

On October 17, 2025, the Court issued, in relevant part, its Order Directing Plaintiff to File a First Amended Complaint Correcting the Name of a Previously Misidentified Defendant and Substituting Actual Names for Doe Defendants Within 30 Days. (Doc. 24.)

On November 24, 2025,[1] Plaintiff filed a "Motion for extension of time." (Doc. 25.) He

---

[1] Plaintiff's motion was dated and signed November 13, 2025, but lacks a Proof of Service. (Doc. 25 at 2.) Plaintiff is reminded that his filings must be accompanied by a Proof of Service. This Court's First Informational Order in Prisoner/Civil Detainee Civil Rights Case issued March 6, 2023, provides: "on all documents filed with the Court, the pro se plaintiff must attach a Proof of Service, indicating the date on which the filing was turned over to prison authorities. A document submitted without a proof of service may be stricken/returned or if filed after the deadline, deemed not timely filed. A sample Proof of Service form is attached to this order." (*See* Doc. 4 at 4, 6.)

requests a 30-day extension of the deadline for filing a first amended complaint. (*Id*.) Plaintiff states his "facility is in the process of transitioning from a level 3 GP to a level 2 non-designated facility." (*Id*.) He states that during the transition, assaults have occurred "almost daily and several inmates have been stabbed." (*Id*.) Although the transition "has not been smooth," Plaintiff is "aiming to finish the amended complaint by next week." (*Id*.)

Accordingly, good cause appearing, Plaintiff will be granted an additional 30 days within which to file his first amended complaint.

**CONCLUSION AND ORDER**

For the reasons given above, the Court **HEREBY ORDERS** that Plaintiff's motion for an extension of time (Doc. 25) is **GRANTED**. Plaintiff **SHALL** file a first amended complaint **no later than December 17, 2025**. No further extension of time will be entertained absent extraordinary good cause.

IT IS SO ORDERED.

Dated:   **November 25, 2025**                    _____
                                                   UNITED STATES MAGISTRATE JUDGE

2