IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAAHDI ABDUL COLEMAN,** | Case No. 1:23-cv-00324-KES-CDB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS MCDANIEL, RUSSELL, CRAWFORD, AND VASQUEZ'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THEIR RESPONSIVE PLEADING DEADLINE** |
| v. | |
| **MCCOY, et al.,** | |
| Defendants. | (Doc. 34) |

Pending before the Court is Defendants McDaniel, Russell, Crawford, and Vasquez's motion, under Local Rule 233(a), for administrative relief to continue their deadline to file a responsive pleading.

Good cause appearing, Defendants' motion is **GRANTED**. Defendants McDaniel, Russell, Crawford, and Vasquez's deadline to file a responsive pleading is continued to **March 16, 2026**.

IT IS SO ORDERED.

Dated:   __**January 22, 2026**__          _____

UNITED STATES MAGISTRATE JUDGE

Order Granting Mot. Admin. Relief Cont. Resp. Pl'g Deadline (Case No. 1:23-cv-00324-KES-CDB )