UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAAHDI ABDUL COLEMAN,

Plaintiff,

v.

TERRENCE McCOY, et al.,

Defendants.

Case No.: 1:23-cv-00324-KES-CDB (PC)

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

(Doc. 54)

**ORDER GRANTING PLAINTIFF'S MOTION FOR 14-DAY EXTENTION OF TIME WITHIN WHICH TO OPPOSE DEFENDANT ZUTLER'S MOTION TO DISMISS**

(Doc. 55)

Plaintiff Saahdi Abdul Coleman is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I. INTRODUCTION**

On June 30, 2026, Defendant Moshe Zutler, M.D., filed a motion to dismiss (Doc. 52) along with a request for judicial notice (Doc. 53).

On August 3, 2026, when the time by which a party is required to respond to a motion to dismiss (*e.g.*, 21 days after the motion's filing, *see* Local Rule 230(*l*)) had passed without Plaintiff filing an opposition or statement of non-opposition from Plaintiff, the Court issued its Order to Show Cause (OSC) Why Sanctions Should Not Be Imposed for Plaintiff's Failure to Oppose Defendant Moshe Zutler's Motion to Dismiss. (Doc. 54.) Plaintiff was ordered to respond within

21 days. (*Id*. at 2.)

On August 10, 2026, Plaintiff filed a motion for extension of time. (Doc. 55.)

## II. DISCUSSION

In his motion, Plaintiff requests a 14-day extension of time to respond to Defendant Zutler's motion to dismiss. He states he had "his family forward [him] legal materials and legal cases (pleading paper, postage, shepardised case law)," which was mailed to his "several weeks ago." However, Plaintiff explains he "just received (2) 'disaproval of mail' notifications," indicating both envelopes forwarded by his mother exceeded the "max weight" allowed. Plaintiff states he has been incarcerated for more than 24 years and has "never experienced anything like this." Next, Plaintiff asserts he is "a full time service dog trainer" and runs "the dog socialization program from 6:30 a.m. to 8:30 a.m.," that his full time work schedule is "9:00 a.m. to 2:00 p.m.," and his "service dog shift hours are 2:30 to 6:00 a.m. the following day." Lastly, Plaintiff states his request "is not filed to delay, harass, or for any other improper purpose."

The Court will discharge the OSC and grant Plaintiff's request for an extension of time.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. The OSC issued August 3, 2026 (Doc. 54) is **DISCHARGED**;
2. Plaintiff's motion for an extension of time (Doc. 55) is **GRANTED**; and
3. Plaintiff **SHALL** file his opposition to Defendant Zutler's motion to dismiss within 14 days of the date of service of this order.

**Any failure by Plaintiff to timely comply with this Order may result in a recommendation that this action be dismissed for Plaintiff's failure to comply with court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated: **August 12, 2026**

UNITED STATES MAGISTRATE JUDGE